## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Silver Peak Systems, Inc.    v.    Riverbed Technology, Inc.

No.    15-2072

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se        ☒ As counsel for:    Silver Peak Systems, Inc.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner        ☐ Respondent        ☐ Amicus curiae        ☐ Cross Appellant

☒ Appellant        ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant        ☐ Respondent or appellee

Name:                   Darren E. Donnelly
Law Firm:               Fenwick & West LLP
Address:                801 California Street
City, State and Zip:    Mountain View, CA 94041
Telephone:              650-988-8500
Fax #:                  650-938-5200
E-mail address:         ddonnelly@fenwick.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  06/10/2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    10/09/2015            Signature of pro se or counsel /s/ Darren E. Donnelly

cc:        see Certificate of Service attached

Reset Fields

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, CA 94041. On the date set forth below, I caused a copy of the foregoing

### ENTRY OF APPEARANCE OF DARREN DONNELLY

to be served by electronic mail upon the following counsel:

| | |
|---|---|
| **(John) Russell Emerson**<br>Russ.emerson@haynesboone.com<br>**Andrew S. Ehmke**<br>Andy.ehmke@haynesboone.com<br>Haynes and Boone LLP<br>2323 Victory Avenue, Ste. 700<br>Dallas, TX 75219 | **Kyle L. Howard**<br>Kyle.howard@haynesboone.com<br>**David M. O'Dell**<br>David.odell@haynesboone.com<br>Haynes and Boone LLP<br>2505 North Plano Road, Ste. 4000<br>Richardson, TX 75082 |

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: October 9, 2015                    */s/ Elizabeth Mancera*
                                          Elizabeth Mancera