haynesboone

*Via Electronic Filing*

November 16, 2015

Mr. Daniel E. O'Toole
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C.  20439

    Re:    No. 15-2072; *Silver Peak Systems, Inc. v. Riverbed Technology, Inc.*

Dear Mr. O'Toole:

Our client, Riverbed Technology, Inc., has settled and does not wish to participate in this appeal.  Please remove Riverbed Technology, Inc., David M. O'Dell, John R. Emerson, and Haynes and Boone, LLP from the docket.

If you have any questions, please contact me.  Thank you.

Sincerely,

*/s/ David M. O'Dell*
David M. O'Dell
Partner
Direct Phone: 972.739.8635
Direct Fax: 972.692.9118
Email: david.odell@haynesboone.com

15463797_1

Haynes and Boone, LLP
**Attorneys and Counselors**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219-7672
Phone: 214.651.5000
Fax: 214.651.5940